UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JUAN CEJA RODRIGUEZ,

Petitioner,

v.

WARDEN OF IMPERIAL REGIONAL FACILITY,

Respondent.

Case No.:  26-CV-2669 JLS (DDL)

**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS**

(ECF No. 1)

Presently before the Court is Petitioner Juan Ceja Rodriguez's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1).  Also before the Court is Respondent's Response to Petition ("Ret.," ECF No. 4).  Petitioner did not file a traverse. *See generally* Docket.  Petitioner alleges that he has been detained by the United States Department of Homeland Security's ("DHS") Immigration and Customs Enforcement ("ICE") division at the Imperial Regional Detention Facility since April 20, 2026.  Pet. at 2.  Petitioner argues that he is entitled to a bond hearing. *Id.* at 5.

Respondent states that Petitioner is subject to mandatory detention under § 1225(b)(2); however, Respondent "acknowledges that this Court, and Courts in this District, have repeatedly reached the opposite conclusion under the same and/or similar facts."  Ret. at 1 (collecting cases).  Respondent therefore "does not oppose the [P]etition

1

and defers to the Court on the appropriate relief." *Id.* at 2.  The Court finds that Petitioner is entitled a bond hearing under § 1226(a).  *See Esquival-Ipina v. LaRose*, 812 F. Supp. 3d 1073, 1080–81 (S.D. Cal. 2025) (granting bond hearing in similar facts).

Accordingly, the Court **GRANTS IN PART** Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1) and **ORDERS** Respondent to provide Petitioner with an individualized bond hearing within fourteen (14) days.  If no hearing occurs within fourteen days of this Order, Petitioner shall be released from Respondent's custody.  The Parties **SHALL FILE** a Joint Status Report by June 3, 2026, informing the Court of the outcome of the hearing.  As this concludes the litigation in this matter, the Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  May 12, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-2669 JLS (DDL)